Eric Grant
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL HUEY,<br><br>Defendant. | CASE NO. 2:25-CR-267 DJC<br><br>STIPULATION REGARDING CONTINUING CHANGE OF PLEA HEARING; FINDINGS AND ORDER<br><br>DATE: January 8, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea on January 8, 2026.

2. By this stipulation, defendant now moves to continue the change of plea hearing until February 12, 2026.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties previously entered into a pre-indictment plea agreement and an information was filed in the case.

   b) After entering into the plea agreement, Defendant obtained new counsel. Defendant requests additional time to confer with counsel before entering her change of plea.

   c) The government has produced discovery to Defendant's new counsel, who

requested additional time to review the discovery in advance of the anticipated plea and to discuss with her client.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) The parties are also moving to continue the initial appearance in the case. As Defendant has not entered her initial appearance, the parties agree and concur that time has not begun running under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., and time need not be excluded.

IT IS SO STIPULATED.

Dated: January 5, 2026

  ERIC GRANT
  United States Attorney

  /s/ JESSICA DELANEY
  JESSICA DELANEY
  Assistant United States Attorney

Dated: January 5, 2026

  /s/ MEGHAN MCLOUGHLIN
  MEGHAN MCLOUGHLIN
  Counsel for Defendant
  CRYSTAL HUEY

**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of January, 2026.

  /s/ Daniel J. Calabretta
  THE HONORABLE DANIEL J. CALABRETTA
  UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING CONTINUANCE  2