HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
CRYSTAL HUEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CRYSTAL HUEY,<br>Defendant. | Case No. 2:25-CR-00267-DJC<br><br>**STIPULATION TO CONTINUE SENTENCING DATE; ORDER**<br><br>DATE: August 20, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, CRYSTAL HUEY, by and through her counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on August 20, 2026.

2. By this stipulation, defendant now moves to continue the sentencing hearing until November 5, 2026 at 9:00 a.m. As this is a sentencing hearing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree to the following schedule of remaining deadlines, with the concurrence of probation:

| | |
|---|---|
| Judgment and Sentencing: | November 5, 2026 |
| Reply/Statement of Non-Opposition: | October 29, 2026 |

| | |
|---|---|
| Formal Objections: | October 22, 2026 |
| Final PSR: | October 15, 2026 |
| Informal Objections: | October 8, 2026 |
| Draft PSR: | September 24, 2026 |

4. The parties agree and stipulate, and request that the Court find the following:

a) Defense counsel is in the middle of her defense investigation as it relates to sentencing under 18 U.S.C. § 3553(a). Specifically, defense counsel is in the process of requesting and obtaining various records relating to Ms. Huey's history and characteristics and the nature and circumstances of the offense, to include educational records, medical records, juvenile records, court records, and law enforcement reports, among others. All these records have already been requested, but it may take months to receive and review the responses, and request any follow-up documents.

b) To proceed with sentencing without allowing for a full investigation would deprive Ms. Huey of her opportunity to present a full and meaningful argument at sentencing.

c) In addition, defense has been unable to complete an interview with probation in connection with the presentence investigation report, in part because of the active sentencing investigation and defense counsel's schedule.

d) This is the first requested continuance as to sentencing in this matter.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance, with the understanding that there will be no further continuances requested.

//

//

//

//

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 9, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
CRYSTAL HUEY

ERIC GRANT
United States Attorney

Dated: July 9, 2026

*/s/ Jessica Delaney*
JESSICA DELANEY
Assistant United States Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED** this 10th day of July, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE