HEATHER E. WILLIAMS, Bar No.122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CRYSTAL HUEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>vs.<br>CRYSTAL HUEY,<br>*Defendant.* | Case No: 2:25-cr-00267-DJC<br>**ORDER FILING UNDER SEAL**<br>Date: November 5, 2026<br>Time: 9:00 a.m.<br>Court: Hon. Daniel J. Calabretta |

GOOD CAUSE APPEARING, upon application of Defendant Crystal Huey, the Court orders that Exhibits B and C to Defendant's *Sentencing Memorandum* shall be filed under seal. The aforementioned documents shall be made available to Assistant United States Attorney Jessica Delaney and Assistant Federal Defender, Meghan McLoughlin.

This document shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: October 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE